**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

                                                      Case No: 17-20632-RAM

JACKSON PIERRE, JR.                  Chapter 13
          Debtor       /

**MOTION TO SHORTEN PREJUDICE**
**PERIOD OF DISMISSED CHAPTER 13 CASE WITHOUT A SHORTENED CURE**

COMES NOW, the Debtor, JACKSON PIERRE, JR., by and through undersigned counsel, moves for the entry of an Order shortening the prejudice period of the dismissed Chapter 13 case without a shortened cure and for cause states as follows:

1. On August 23, 2017, Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. On December 22, 2017, an Order Dismissing Case (DE #35) this case with 180 day prejudice period was entered due to the Debtor's failure to provide documentation per the Trustee's notice of deficiency.

3. The documents were provided and uploaded to the Trustee, however, they were considered untimely by the trustee.

4. The Debtor wishes to file a new Chapter 13 in order to cure all arrearages to the secured creditor holding a lien on his homestead property,

5. The Debtor is requesting the full sixty month cure period in order to have sufficient time to cure said arrearages.

6. The Debtor is financially able to fund a Chapter 13 bankruptcy plan in good faith.

7. The Debtor wishes to file a new Chapter 13 case immediately without a shortened cure period.

8. Good cause exits to reduce the Prejudice Period to zero (0) days.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an Order shortening the prejudice period of the dismissed Chapter 13 case to zero (0) days, to enable him to file a new bankruptcy case without a shortened cure period, and for whatever further relief the Court deems just and appropriate under the circumstances.

Respectfully submitted on this 16th day of February, 2018

**VAN HORN LAW GROUP, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.
FL Bar #64500