

**ORDERED in the Southern District of Florida on March 21, 2018.**

                                                                  Robert A. Mark, Judge
                                                                  United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

In re:

JACKSON PIERRE, JR.
       Debtor         /

Case No: 17-20632-RAM
Chapter 13

**ORDER GRANTING MOTION TO SHORTEN PREJUDICE
PERIOD OF DISMISSED CHAPTER 13 CASE WITHOUT A SHORTENED CURE**

THIS MATTER, came before the Court on March 20, 2018 at 9:00 a.m. upon the *Debtor's Motion to Shorten Prejudice Period of Dismissed Chapter 13 Case Without a Shortened Cure Period* (DE #52; the "Motion"). The Court, having reviewed the Motion, heard argument of counsel, and for the reasons stated on record, finds that good cause exists to grant the Motion. It is therefore **ORDERED:**

1.     The *Debtor's Motion to Shorten Prejudice Period of Dismissed Chapter 13 Case*

*Without a Shortened Cure Period* (DE# 52) is **GRANTED.**

2. Debtor is granted relief from the prejudice period imposed by this Court's Dismissal Order (DE #35), such that he is entitled to file a new bankruptcy case immediately.

3. Any payments made pursuant to Debtor's Chapter 13 plan in such subsequent case will be vested immediately.

4. Debtor may file a new bankruptcy case **without** a shortened cure period.

5. As a condition to the filing of a new case, Debtor shall make a good faith payment of $ 3000.00 to the Lender, Posner Investments, Inc., to be applied toward the outstanding arrearages due and owing to the Lender.

6. Once the payment is made to the office of undersigned counsel, and prior to the filing of the new case, Debtor shall file a Notice of Compliance to make this Honorable Court and the Lender aware of the payment.

# # #

Submitted by:

Chad T. Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*Chad Van Horn, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same.*