**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

                                                     Case No: 17-20632-RAM

JACKSON PIERRE, JR.                           Chapter 13
          Debtor     /

## CERTIFICATE OF SERVICE (DE 57)

      I HEREBY CERTIFY that a true and correct copy of the *Order Granting Motion to Shorten Prejudice Period of Dismissed Chapter 13 Case Without a Shortened Cure (DE 57)* was sent to the following parties on the date and in the manner so stated:

**VIA CM/ECF on 3/21/2018**

Randy M Bennis, Esq on behalf of Creditor WE Florida Financial fka City County Credit Union
randy@martinandbennis.com

Scott C Lewis on behalf of Creditor Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH4, Asset Backed Pass-Through Certificates, Series 2007-CH4
bkfl@albertellilaw.com

Amanda R Murphy on behalf of Creditor POSER INVESTMENTS, INC.
amurphy@oslawllc.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov


**VIA U.S. MAIL on 3/22/2018**

See attached mailing matrix.

Dated:  March 22, 2018

          **VAN HORN LAW GROUP, P.A.**
          330 N Andrews Ave., Suite 450
          Fort Lauderdale, FL 33301
          Telephone: (954) 765-3166
          Facsimile: (954) 756-7103
          Email: Chad@cvhlawgroup.com

  By: /s/  **Chad T. Van Horn, Esq.**
    Chad T. Van Horn, Esq.
    Florida Bar No. 64500

```
Label Matrix for local noticing      WE Florida Financial fka City County Credit    Amanda Murphy
113C-1                                Randy M. Bennis                                2290 Lucien Way
Case 17-20632-RAM                     319 SE 14 Street                               205
Southern District of Florida          Ft Lauderdale, FL 33316-1929                   Maitland, FL 32751-7058
Miami
Fri Jan  5 13:25:43 EST 2018

Amex                                  (p)BANK OF AMERICA                             Capital One Bank USA
PO Box 8218                           PO BOX 982238                                  PO Box 30281
Mason, OH  45040-8218                 EL PASO TX 79998-2238                          Salt Lake City, UT  84130-0281


Chase Mtg                             Deutsche Bank National Trust Company           Internal Revenue Services
PO Box 24696                          c/o J.P. Morgan Chase,                         PO Box 7346
Columbus, OH  43224-0696              Chase Records Center                           Philadelphia, PA  19101-7346
                                      Attn: Correspondence Mail
                                      Mail Code: LA4-5555
                                      700 Kansas Lane, Monroe, LA 71203

Miami Dade Tax Collector              Office of the US Trustee                       PNC Ban
200 NW 2nd Ave                        51 S.W. 1st Ave.                               PO Box 856177
Miami, FL  33128-1733                 Suite 1204                                     Louisville, KY  40285-6177
                                      Miami, FL 33130-1614


POSER INVESTMENTS, INC.               Receivables Performanc                         We Florida Financial
C/O Amanda Renee Murphy, Esquire      20816 44th Ave W                               634 NE 3rd Ave
O'Kelley & Sorohan, LLC               Lynnwood, WA  98036-7744                       Fort Lauderdale, FL  33304-2618
2290 Lucien Way, Ste 205
Maitland, FL 32751-7058

Wells Fargo Bank, N.A. Trustee (See 410)    Chad T Van Horn                          Jackson Pierre Jr.
c/o Specialized Loan Servicing LLC          330 N Andrews Ave #450                   113 NW 33rd St
8742 Lucent Blvd, Suite 300                 Ft Lauderdale, FL 33301-1012             Miami, FL 33127-3509
Highlands Ranch, Colorado 80129-2386


Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027-9806
```

                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Bank of America
PO Box 982235
El Paso, TX  79998-2235
```

                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Deutsche Bank National Trust Company, as T        (u)POSER INVESTMENTS, INC.                    (u)Miami
                                                     c/o Amanda Renee Murphy, Esquire
                                                     2290 Lucien Way
                                                     Maitland



End of Label Matrix
Mailable recipients    18
Bypassed recipients     3
Total                  21
```