**CGFD33** (10/01/16)



**ORDERED in the Southern District of Florida on May 9, 2018**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 17–20632–RAM

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jackson Pierre Jr.
113 NW 33rd St
Miami, FL 33127–3509

SSN: xxx–xx–0553

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Nancy K. Neidich, having filed a final report, is discharged and this case is closed.

# # #